

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**07/07/2010**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 10-35762-H3-13** |
| **Eugenia B Cedillo** | § | |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

1.  Cityview Apartment Associates, 50 Broadway, New York, NY 10004,  is ordered to pay **$453.00** **Bi-Weekly** out of the income of <u>Eugenia B Cedillo</u> to the Chapter 13 Trustee.  Payment shall be made to:

William E. Heitkamp
P.O. Box 740
Memphis, TN 38101-0740

2.  These wage deductions shall continue until further order of this Court.

3.  The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

DATED:  July 7, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

<u>/s/ Eugeina B Cedillo</u>
  Eugenia B Cedillo

#6